FRANCIS B. THURBER et al., Respondents, *v.* JOHN STIMMEL, Appellant.

(Argued January 31, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1888, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

This action was brought to recover a surplus arising on sale under a chattel mortgage. Plaintiffs claimed the balance as subsequent incumbrancers. The question litigated was simply as to the amount of defendant's claim.

The court here say : " The facts stated by the judge clearly warrant his conclusion of law in favor of the claim of plaintiffs. The only question for us is whether there is any evidence in the case upon which the finding can be based ; a careful perusal of the evidence brings us to the conclusion that there is."

*Abner C. Thomas* for appellant.

*E. More* for respondents.

PECKHAM, J., reads *mem.* for affirmance.
All concur.
Judgment affirmed.